UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER P. QUEEN,<br><br>       Plaintiff,<br><br>v.<br><br>MIDWEST RECOVERY SYSTEMS LLC, *et al.*,<br><br>       Defendants. | Civil Action No. 20-cv-1530 (TSC) |

### PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

Plaintiff Christopher P. Queen ("Plaintiff"), hereby moves for entry of default against Defendant O'Brien, Wexler and Associates, LLC ("O'Brien") ("Defendant"). Defendant was served with Plaintiff's Complaint on August 5, 2020. Docs 7 and 7.1. Defendant has offered no explanation for its failure to answer the instant complaint. Defendant is neither a minor, nor an incompetent person, nor in the military.

The entry of a default is appropriate "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise." Fed. R. Civ. P. 55(a). Accordingly, Plaintiff applies for the entry of Clerk's default against Defendant O'Brien. This motion is supported by the declaration of the undersigned, attached hereto.

Date: August 31, 2020.

                                                      Respectfully submitted,

                                                      s/Christopher P. Queen
                                                      Christopher P. Queen
                                                      240 M St SW Unit 606
                                                      Washington, DC  20024
                                                      (202) 808-6734

                                                      Pro Se Plaintiff

RECEIVED Mail Room — SEP – 2 2020 — Angela D. Caesar, Clerk of Court, U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER P. QUEEN,**<br><br>            Plaintiff,<br><br>    v.<br><br>**MIDWEST RECOVERY SYSTEMS LLC,** *et al.*,<br><br>            Defendants. | Civil Action No. 20-cv-1530 (TSC) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT* was served by first-class mail, postage prepaid, on the 31st day of August, 2020, upon:

Midwest Recovery Systems, LLC
c/o Matthew W. Fogleman, Esquire, #1029783
The Law Offices of Ronald S. Canter, LLC
200A Monroe Street, Suite 104
Rockville, Maryland 20850-4424

O'Brien, Wexler and Associates, LLC
16 N Transit Street
Lockport, NY 14094-3602

Respectfully Submitted,

August 31, 2020
Dated

s/Christopher P. Queen
Christopher P. Queen
240 M St SW Unit 606
Washington, DC 20024-3616
(202) 808-6734

Pro Se Plaintiff

Page 1 of 1