IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER P. QUEEN, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Case No: 1:20-cv-1530-TSC |
| : | |
| MIDWEST RECOVERY SYSTEMS, LLC *et al.*, : | |
| : | |
| Defendants : | |

## JOINT NOTICE

COME NOW Plaintiff Christopher P. Queen and Defendant Midwest Recovery Systems, LLC, and pursuant to this Court's October 6, 2020 Minute Order jointly request that this Honorable Court stay discovery in this case to allow the parties to continue to engage in informal settlement discussions.

Respectfully submitted,

THE LAW OFFICES OF RONALD S. CANTER, LLC

*/s/ Christopher P. Queen* (*with permission*)
Christopher P. Queen
240 M St SW Unit 606
Washington, DC 20024
(202) 808-6734
**Pro Se Plaintiff**

*/s/ Matthew W. Fogleman*
Matthew W. Fogleman, Esquire, #1029783
200A Monroe Street, Suite 104
Rockville, Maryland 20850-4424
301.424.7490 (tel.) | 301.424.7470 (fax)
mfogleman@roncanterllc.com (e-mail)
**Counsel for Defendant,**
**Midwest Recovery Systems, LLC**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October, 2020, a copy of the foregoing was mailed, first-class, postage pre-paid to:

Christopher P. Queen
240 M St NW
Unit 606
Washington, DC 20024
***Plaintiff Pro Se***

*/s/ Matthew W. Fogleman*
Matthew W. Fogleman